IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JACK W. WHITTENBERG,**

        Plaintiff,

   v.

**MICHAEL J. ASTRUE, Commissioner
of Social Security,**

        Defendant.

No. 3:11-cv-00475-AC

OPINION AND ORDER

**MOSMAN, J.**,

On August 20, 2012, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [27] in the above-captioned case recommending that the Commissioner's final decision be reversed and remanded for further proceedings. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

1 – OPINION AND ORDER

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [27] as my own opinion.

IT IS SO ORDERED.

DATED this  7th   day of September, 2012.

                                                  /s/ Michael W. Mosman  
                                                  MICHAEL W. MOSMAN  
                                                  United States District Court